JEREMY J. THOMPSON
Nevada Bar No. 12503
**CLARK HILL PLLC**
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
E-mail: jthompson@clarkhill.com
Telephone: (702) 862-8300
Facsimile: (702) 862-8400

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BETTY J. READY, | Case No.: 2:18-cv-01978-MMD-NJK |
| Plaintiff, | SUBSTITUTION OF ATTORNEY |
| v. | |
| EQUIFAX INFORMATION SERVICES LLC, | |
| Defendants. | |

Equifax Information Services, LLC hereby substitutes Jeremy J. Thompson, Address: 3800 Howard Hughes Parkway, Suite 500, Las Vegas, NV 89169; Telephone: (702) 862-8300, as attorney of record in place and stead of: Bradley T. Austin, Snell & Wilmer LLP, 3883 Howard Hughes Pkwy., Ste. 1100, Las Vegas, NV 89169.

DATED: 1/4/19

_____
Equifax Information Services, LLC

I consent to the above substitution.

DATED: 1/3/19

_____
Bradley T. Austin, Esq.

I am duly admitted to practice in this District.

Above substitution accepted.

DATED: 1/2/2019

_____
Jeremy J. Thompson, Esq.

Please check one: ✓ RETAINED, or ___ APPOINTED BY THE COURT

APPROVED:

DATED: January 7, 2019

_____
United States Magistrate Judge