| | |
|---|---|
| 1 | JEREMY J. THOMPSON |
| 2 | Nevada Bar No. 12503 |
|   | **CLARK HILL PLLC** |
| 3 | 3800 Howard Hughes Parkway, Suite 500 |
|   | Las Vegas, Nevada  89169 |
| 4 | E-mail:  jthompson@clarkhill.com |
| 5 | Telephone:   (702) 862-8300 |
|   | Facsimile:    (702) 862-8400 |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BETTY J. READY, | Case No.: 2:18-cv-01978-MMD-NJK |
| Plaintiff, | **MOTION FOR CHANGE OF ATTORNEY DESIGNATION** |
| v. | |
| EQUIFAX INFORMATION SERVICES LLC, | |
| Defendants. | |

**TO THE HONORABLE COURT, AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Nicholas M. Wieczorek, Esq. from the firm Clark Hill, PLLC is no longer associated with the above-captioned matter and should be removed from all further notices. The Clark Hill attorney to be noticed for all further filings and hearings is:

JEREMY J. THOMPSON, Nevada Bar No. 12503

E-mail:  jthompson@clarkhill.com

Dated this 8th day of January, 2019.

                              CLARK HILL PLLC

                              By: /s/ JEREMY J. THOMPSON
                              JEREMY J. THOMPSON
                              Nevada Bar No. 12503
                              3800 Howard Hughes Parkway, Suite 500
                              Las Vegas, Nevada  89169

IT IS SO ORDERED.

DATED: January 8, 2019

_____
United States Magistrate Judge